UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 21-01865-JLS (DFMx) | Date: | August 25, 2022 |
|---|---|---|---|
| Title | MICHAELLA PARLOR v. PERNOD RICARD USA, LLC | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re: Plaintiff's Motion to Compel (Dkt. 31)

After entry of a Stipulated Order re: Discovery of ESI (see Dkt. 37) and several follow-up conferences with counsel, the only remaining issue related to Plaintiff's motion to compel (Dkt. 31) is whether sanctions should be imposed under Rule 37(a)(5)(A).

The entry of an ESI Order and Defendant's subsequent prompt production resolved the issues presented in Plaintiff's motion. That leaves counsel's contention that "it took too much work to get here," a contention with which the Court does not agree. The Court ultimately did not order Defendant to do anything, and while that it is not determinative, it is also not clear to the Court that counsel could not have worked through the ESI Order without the necessity of motion practice. Plaintiff's request for sanctions is DENIED.