HOLLAND & KNIGHT LLP
Christina Tellado (SBN 298597)
Mary Vu (SBN 323088)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: christina.tellado@hklaw.com
          mary.vu@hklaw.com

Attorneys for Defendant
PERNOD RICARD USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAELLA PARLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERNOD RICARD USA, LLC, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01865-JLS-DFM<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:            None<br><br>Complaint Filed:    September 22, 2021<br>Second Amended<br>Complaint Filed:    August 15, 2022 |

## JOINT STIPULATION TO DISMISS ENTIRE ACTION

Plaintiff, Michaella Parlor, and Defendant, Pernod Ricard USA, LLC, by their respective counsel, hereby stipulate to dismiss the above-captioned matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own costs and attorney's fees.

Dated: November 8, 2022

*/s/ Christina T. Tellado*
HOLLAND & KNIGHT LLP
Christina T. Tellado
Mary Vu

Attorneys for Defendant
PERNOD RICARD USA, LLC

Dated: November 8, 2022

*/s/ Andranik Tsarukyan*
REMEDY LAW GROUP LLP
Andranik Tsarukyan
Armen Zenjiryan
Patricia Lynne Mitchell

Attorneys for Plaintiff
MICHAELLA PARLOR

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

2
Joint Stipulation to Dismiss Entire Action with Prejudice   Case No.: 8:21-cv-01865-JLS-DFM